**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Gelco Corporation, a Minnesota corporation, d/b/a GE Capital Fleet Services,

Plaintiff,

v.

Freezer Xpress, Inc., d/b/a FXI, Inc., a Kansas corporation, and Unilever United States, Inc., a Delaware corporation,

Defendants.

Case No. 00-CV-787 (DWF/AJB)

**STIPULATION AND ~~PROPOSED~~ ORDER**

Plaintiff Gelco Corporation and Defendant Unilever United States, Inc., through their counsel, stipulate and agree that Unilever United States, Inc. may have until May 19, 2000, to answer or otherwise respond to Gelco Corporation's Complaint.

Gelco Corporation and Unilever United States, Inc. further agree that the Court may enter an order in the form attached hereto as Attachment A.

**MESSERLI & KRAMER P.A.**

Joseph W. Lawver (#151269)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 672-3600

**ATTORNEYS FOR GELCO CORPORATION**

**BRIGGS AND MORGAN, P.A.**

Paul C. Thissen (#241416)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR UNILEVER UNITED STATES, INC.**

FILED APR 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

# ATTACHMENT A

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Gelco Corporation, a Minnesota corporation, d/b/a GE Capital Fleet Services,

Plaintiff,

v.

Freezer Xpress, Inc., d/b/a FXI, Inc., a Kansas corporation, and Unilever United States, Inc., a Delaware corporation,

Defendants.

Case No. 00-CV-787 (DWF/AJB)

**ORDER**

Based on the stipulation of the parties and all pleadings on file herein, IT IS HEREBY ORDERED THAT Unilever United States, Inc. has until May 19, 2000, to answer or otherwise respond to Gelco Corporation's Complaint.

Dated: 4/20/00

**BY THE COURT.**

United States District Court Judge