**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GELCO CORPORATION, a Minnesota corporation, d/b/a GE Capital Fleet Services,

Plaintiff,

vs.

FREEZER XPRESS, INC., d/b/a FXI, Inc., a Kansas corporation, and UNILEVER UNITED STATES, INC., a Delaware corporation,

Defendants,

and

UNILEVER UNITED STATES, INC.,

Defendants and Third-Party Plaintiff,

vs.

SHERRY HAMMERSCHMIDT and SAMUEL HAMMERSCHMIDT,

Third-Party Defendants.

Case No. 00-CV-787 (DWB/AJB)

AND ORDER

**STIPULATION OF DISMISSAL**

---

WHEREAS, Gelco Corporation sued Freezer Xpress, Inc. ("FXI") and Unilever United States, Inc. ("Unilever") in United States District Court for the District of Minnesota, and

WHEREAS, Unilever filed a cross-claim against FXI and a third-party claim against Sherry Hammerschmidt and Samuel Hammerschmidt (the Hammerschmidts), and

WHEREAS, Unilever asserts that FXI has been properly served in this matter but FXI has never responded nor appeared in this action; and

FILED JUN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 26 2001
DEPUTY CLERK

WHEREAS, the Hammerschmidts were not served with the Summons and Complaint in this action; and

WHEREAS, the Gelco and Unilever have agreed upon a settlement in this case, including a mutual release of all claims to this date, and

WHEREAS, Gelco and Unilever desire to reserve and retain all claims either may have against FXI and the Hammerschmidts; and

WHEREAS, Gelco and Unilever agreed that Gelco would dismiss its claims against Unilever with prejudice.

THEREFORE, the parties, by and through their counsel, stipulate:

1. The Court may enter an Order in the form attached as Exhibit A dismissing Gelco's complaint against Unilever with prejudice, each side to bear its own costs.

2. The Court may enter an Order in the form attached as Exhibit A dismissing Unilever's third-party complaint against the Hammerschmidts without prejudice.

3. Gelco's and Unilever's claims against FXI shall not be dismissed.

MESSERLI & KRAMER, P.A.

By: ______________________
Joseph Lawver (151269)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 672-3600

ATTORNEYS FOR GELCO CORPORATION

BRIGGS AND MORGAN

By: ______________________
Paul C. Thissen (241416)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

ATTORNEYS FOR UNILEVER UNITED STATES, INC.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GELCO CORPORATION, a Minnesota corporation, d/b/a GE Capital Fleet Services,

Plaintiff,

vs.

FREEZER XPRESS, INC., d/b/a FXI, Inc., a Kansas corporation, and UNILEVER UNITED STATES, INC., a Delaware corporation,

Defendants,

and

UNILEVER UNITED STATES, INC.,

Defendants and Third-Party Plaintiff,

vs.

SHERRY HAMMERSCHMIDT and SAMUEL HAMMERSCHMIDT,

Third-Party Defendants.

Case No. 00-CV-787 (DWB/AJB)

**ORDER OF DISMISSAL**

Based on the Stipulation of the parties, and after reviewing the pleadings and papers on file in this matter,

**IT IS HEREBY ORDERED:**

1. Gelco Corporation's claim against Unilever United States, Inc. is dismissed with prejudice, each party to bear its own costs. Judgment may be entered on that claim.

2. Unilever United States, Inc.'s claim against Sherry Hammerschmidt and Samuel Hammerschmidt is dismissed without prejudice.

FILED ______
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

3. Gelco Corporation's and Unilever United States, Inc.'s claims against Freezer Xpress, Inc. are not dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT,

Dated: June 26, 2001

Judge Donovan W. Frank
United States District Court Judge