# UNITED STATES DISTRICT COURT

**District of Minnesota**

Unilever United States,

Cross Claimant

-vs- Civil Action 00-787 DWF/AJB

Freezer Xpress, Inc.,,

Cross Claim Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that Cross claim defendant(s) Freezer Xpress, inc is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of cross claimant

**DEFAULT IS HEREBY ENTERED** against

Freezer Xpress, Inc.,

this 23 day of August , 2001 .

RICHARD D. SLETTEN, CLERK

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk