**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gelco Corporation, a Minnesota corporation, d/b/a GE Capital Fleet Services,

Plaintiff,

v.

Freezer Xpress, Inc., a Kansas corporation, d/b/a FXI, Inc., and Unilever United States, Inc., a Delaware corporation,

Defendants,

and

Unilever United States, Inc.,

Cross-claimant.

Civil No. 00-787 (DWF/AJB)

**ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

---

Joseph W. Lawver, Esq., Messerli & Kramer, 1800 Fifth Street Towers, 150 South Fifth Street, Minneapolis, MN 55402-4218, counsel for Plaintiff.

Paul C. Thissen, Esq., Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Defendant and Cross-Claimant Unilever United States, Inc.

---

Unilever United States, Inc. filed a motion for entry of default and default judgment against Freezer Xpress, Inc. under Fed. R. Civ. P. 55. Based on the papers submitted and all records on file in this matter, **IT IS HEREBY ORDERED** THAT:

1. Default is hereby entered against Freezer Xpress, Inc. in favor of Unilever United States, Inc.

2. Default judgment is entered against Freezer Xpress, Inc. in the amount of $111,186.80 in favor of Unilever United States, Inc.

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 28 2001
DEPUTY CLERK

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 28, 2001

DONOVAN W. FRANK
Judge of United States District Court