**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gelco Corporation, a Minnesota corporation, d/b/a GE Capital Fleet Services,

Plaintiff,

v.

Freezer Xpress, Inc., a Kansas corporation, d/b/a FXI, Inc., and Unilever United States, Inc., a Delaware corporation,

Defendants,

and

Unilever United States, Inc.,

Cross-claimant.

Civil No. 00-787 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Joseph W. Lawver, Esq., Messerli & Kramer, 1800 Fifth Street Towers, 150 South Fifth Street, Minneapolis, MN 55402-4218, counsel for Plaintiff.

Paul C. Thissen, Esq., Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Defendant and Cross-Claimant Unilever United States, Inc.

---

The court having been advised by counsel that the above case has been settled or decided by judgment on motions,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 15, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 16 2002
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________