**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gelco Corporation, a Minnesota corporation, d/b/a GE Capital Fleet Services,

Plaintiff,

v.

Freezer Xpress, Inc., a Kansas corporation, d/b/a FXI, Inc., and Unilever United States, Inc., a Delaware corporation,

Defendants,

and

Unilever United States, Inc.,

Defendant and Third-Party Plaintiff,

v.

Sherry Hammerschmidt and Samuel Hammerschmidt,

Third-Party Defendants.

Civil No. 00-787 (DWF/AJB)

**ORDER**

---

Joseph W. Lawver, Esq., Messerli & Kramer, 1800 Fifth Street Towers, 150 South Fifth Street, Minneapolis, MN 55402-4218, counsel for Plaintiff Gelco Corporation.

Paul C. Thissen, Esq., Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Defendant and Third-Party Plaintiff Unilever United States, Inc.

---

The Court having been advised by counsel that all claims in the above case have been settled or decided by judgment on motions and noting that (i) on June 26, 2001, the Court dismissed Gelco Corporation's ("Gelco") claim against Unilever United States, Inc. ("Unliver") with prejudice pursuant to a settlement between Gelco and Unilever; (ii) on June 26, 2001, the Court dismissed

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 18 2002
DEPUTY CLERK ______

Unilver's claims against Sherry Hammerschmidt and Samuel Hammerschmidt without prejudice; (iii) as part of the settlement between Unliver and Gelco, Gelco assigned its claims against Freezer Xpress, Inc. ("FXI") to Unilever; and (iv) on September 28, 2001, the Court entered a default judgment against FXI and in favor of Unilever on Uniliver's claims against FXI and on Gelco's claims against FXI that had been assigned to Unilever in the above-referenced settlement:

**IT IS HEREBY ORDERED** that this action is dismissed in accordance with the prior Orders and Judgments of the Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 18, 2002

DONOVAN W. FRANK
Judge of United States District Court